502 A.2d 1231

Edward ANSKIS

v.

Selma FISCHER and Louis Fischer and Michael Lenahan and Sears, Roebuck & Company.

Supreme Court of Pennsylvania.

Sept. 24, 1984.

Petition for Allowance of Appeal GRANTED, No. 143 E.D. Appeal Docket 1984.

502 A.2d 1231

Carlene S. SUTLIFF, Petitioner,

v.

Gregory L. SUTLIFF, et al.

Gregory L. SUTLIFF and Fred K. Collins, Petitioners

v.

Carlene S. SUTLIFF.

Supreme Court of Pennsylvania.

Dec. 4, 1985.

Petitions for Allowance of Appeal GRANTED, Nos. 77–80 M.D. Appeal Docket 1985.